[ORAL ARGUMENT HELD DECEMBER 14, 2020]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

TIKTOK INC., *et al.*,

        Plaintiffs-Appellees,

v.

JOSEPH R. BIDEN, JR.,
  President of the United States, *et al.*,

        Defendants-Appellants.

No. 20-5302

---

**JOINT STATUS REPORT**

On February 18, 2021, this Court placed this appeal in abeyance, directing that the parties file status reports at 60-day intervals.

The Department of Commerce is in the process of completing a comprehensive review of the Secretary's prohibitions regarding the TikTok mobile application, which are the subject of the preliminary injunction on appeal. Although the Department has made significant progress in its review of the prohibitions and the underlying record, some additional steps remain to be completed. In particular, new and incoming leadership at the Department of Commerce and other interested agencies need additional time

to consider potential options, including whether the prohibitions should be revised or withdrawn. Revision or withdrawal of the prohibitions would likely affect the issues presented by this appeal, and may eliminate the need for this Court's review entirely.

 The agency thus requires additional time to review the prohibitions and the underlying administrative record in light of the multiple legal issues presented in this appeal, to consult with all interested federal agencies and offices, and to determine the appropriate course going forward. The parties therefore respectfully ask that the appeal remain in abeyance. Pursuant to the Court's order, the parties will file another status report no later than 60 days after the filing of this report, by June 18, 2021.

              Respectfully submitted,

              H. THOMAS BYRON III

/s/ *Beth S. Brinkmann*　　　　　　/s/ *Casen B. Ross*

BETH S. BRINKMANN　　　　　CASEN B. ROSS
JOHN E. HALL　　　　　　　　　　*Attorneys, Appellate Staff*
ALEXANDER A. BERENGAUT　　Civil Division, Room 7270
MEGAN A. CROWLEY　　　　　U.S. Department of Justice
MEGAN C. KEENAN　　　　　　950 Pennsylvania Avenue NW
　　　　　　　　　　　　　　　　　Washington, DC 20530
COVINGTON & BURLING LLP　　202.514.1923
One CityCenter
Washington, DC 20001
202.662.6000　　　　　　　　　　APRIL 2021

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ *Casen B. Ross*
CASEN B. ROSS